UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 2:05-cv-35
                                           HON. ROBERT HOLMES BELL

TIMOTHY RAY WHITE,

    Defendant.
_____/

## ORDER OF DETENTION

        A detention hearing was scheduled in this matter for October 4, 2006. Prior to the hearing, defense counsel advised the Court that defendant was waiving his right to a detention hearing. Accordingly,

        IT IS HEREBY ORDERED that defendant shall remained detained pending further proceedings in this matter. Defendant retains the right to request a detention hearing in the future. Defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

                                                        /s/ Timothy P. Greeley
                                                        TIMOTHY P. GREELEY
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2006